1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant and Cross/Counter-Claimant
7  METROPOLITAN LIFE INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RUTH ELIZABETH THUE,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, RENAE THUE, and DOES 1-30, Inclusive,<br><br>    Defendants. | CASE NO. 2:08-CV-00339-GEB-EFB<br><br>**[PROPOSED] ORDER GRANTING DISCHARGE OF STAKEHOLDER** |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Cross/Counter-Claimant,<br><br>    v.<br><br>RUTH ELIZABETH THUE,<br><br>    Counter-Defendant,<br><br>RENAE THUE, DIANE DUNN, JULIE COURTNEY, STEVEN THUE, and LISA JOHNSTON,<br><br>    Cross-Defendants, | |

SF/1500833v1

-1-
[PROPOSED] ORDER GRANTING DISCHARGE OF STAKEHOLDER

1  The Court having considered and approved the stipulation of the parties, and good cause
2  appearing, IT IS HEREBY ORDERED that:
3      1.    Within 15 court days of the entry of this Order, Metropolitan Life Insurance
4  Company ("MetLife") shall deposit with the clerk of this Court, the amount of the disputed and
5  unpaid Plan Benefit, as defined in the Stipulation for Discharge of Stakeholder, plus accrued
6  interest (if applicable);
7      2.    The clerk of this Court shall deposit the interpleaded funds in an interest bearing
8  account in accordance with Local Rule 67-150(c);
9      3.    Upon deposit of the Plan Benefits with the clerk of this Court, MetLife is thereby
10 dismissed with prejudice from this action, and discharged and relieved of further responsibility
11 in this action; MetLife, Lucent Technologies, Inc., and the Lucent Technologies Inc. Group Life
12 Insurance Plan are thereby discharged and relieved of any further liability for payment of the
13 Plan Benefits to Ruth Elizabeth Thue, Renae Thue, Diane Dunn, Julie Courtney, Steven Thue,
14 and/or Lisa Johnston; and Ruth Elizabeth Thue, Renae Thue, Diane Dunn, Julie Courtney,
15 Steven Thue, and Lisa Johnston are thereby permanently enjoined from the further assertion of
16 claims relating to the Plan Benefit, except by assertion of such claims in this action; and
17     4.    MetLife shall waive any claim for costs and attorneys' fees in connection with
18 this matter.
19 IT IS SO ORDERED.
20
21 DATED: May 21, 2008
22
23     GARLAND E. BURRELL, JR.
    United States District Judge
24 APPROVED AS TO FORM pursuant to Local Rule 67-150(e)
25
26
27 DATED: May 21, 2008    By: /s/ Victoria C. Minor
    Clerk, U.S. District Court
28