Joseph W. Rose, 232261
**ROSE LAW FIRM, P.C.**
2240 East Bidwell Street
Folsom, CA 95630
Telephone:   (916) 983-7840
Facsimile:    (916) 290-0148

Attorney for Plaintiff/Counterdefendant
RUTH ELIZABETH THUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ELIZABETH THUE, | CASE NO.: 2:08-CV-00339-GEB-EFB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, RENAE THUE, and DOES 1 through 20, inclusive, | |
| Defendants _____/ | |
| AND ALL RELATED COUNTER ACTIONS _____/ | |

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate as follows:

1. The Court's Status (Pretrial Scheduling) Order entered May 6, 2008, requires plaintiff to file a motion for leave under Federal Rule of Civil Procedure 15(a) to file an Amended Complaint to add a party to this action by July 31, 2008.

2. The parties are engaging in early, private mediation on July 31, 2008.

///

///

-1-
**STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**

3. Defendant RENAE THUE has agreed to grant plaintiff RUTH ELIZABETH THUE a one (1) month extension for filing a First Amended Complaint.

4. The parties agree that there will be no prejudice to either party as a result of this extension and modification of the Court's May 6, 2008, Status Order.

5. The parties agree that the First Amended Complaint will now be due on or before August 31, 2008, subject to approval of this stipulation by the Court.

Dated: July 29th, 2008     ROSE LAW FIRM, P.C.

By: _____
JOSEPH W. ROSE
Attorney for Plaintiff and Counter-Defendant
RUTH ELIZABETH THUE

Dated: July _____, 2008     LAW OFFICES OF MICHAEL L. GUMS

By: _____
MICHAEL L. GUMS
Attorney for Defendant and Cross-Defendant
RENAE THUE

### ORDER

The Court having considered and approved the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the extension is granted and plaintiff's First Amended Complaint must be filed on or before August 31, 2008, and the Court's Status (Pretrial Scheduling) Order entered May 6, 2008, is modified accordingly.

IT IS SO ORDERED.

DATED: July 30, 2008

GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**