Joseph W. Rose, 232261
ROSE LAW FIRM, P.C.
2240 East Bidwell Street
Folsom, CA 95630
Telephone:   (916) 983-7840
Facsimile:   (916) 290-0148

Attorney for Plaintiff/Counterdefendant
RUTH ELIZABETH THUE

Michael L. Gums, 078791
LAW OFFICES OF MICHAEL L. GUMS
3425 American River Drive, Suite B
Sacramento, CA 95864
Telephone:   (916) 446-6416
Facsimile:   (916) 483-1776

Attorney for Defendant/Crossdefendant
RENAE THUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ELIZABETH THUE, | Case No.: 2:08-CV-00339-GEB-EFB |
| Plaintiff, | ORDER APPROVING STIPULATED SETTLEMENT AND DISTRIBUTION |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, RENAE THUE, and DOES 1 through 20, inclusive, | |
| Defendants | |
| AND ALL RELATED COUNTER ACTIONS | |

The Court having considered and approved the Stipulation for Entry of Orders and Settlement Agreement of the parties, now issues this order under Local Rule 67-150 (g) "directing the Clerk to disburse funds" as follows:

1. Within 15 court days following entry of this Order, the Court will divide and distribute the $630,000 amount of the disputed Plan Benefit, as defined in the Stipulation for Discharge of Stakeholder filed May 20, 2008, plus all accrued interest as follows:

    a. Two-hundred forty-one thousand dollars ($241,000) plus a pro rata share of the accrued interest thereon to Defendant/Crossdefendant Renae Thue in care of Michael L. Gums, Esq., 3425 American River Drive, Suite B, Sacramento, California, 95864; and

    b. One-hundred thirty-seven thousand dollars ($137,000) plus a pro rata share of the accrued interest thereon to Plaintiff/Counterdefendant Ruth Elizabeth Thue in care of Joseph W. Rose, Esq., Rose Law Firm, P.C., 2240 East Bidwell Street, Folsom, California, 95630; and

    c. Sixty-three thousand dollars ($63,000) plus a pro rata share of the accrued interest thereon to Defendant and Crossdefendant Diane Dunn, 6513 Brokenhurst, Elk Grove, California, 95758; and

    d. Sixty-three thousand dollars ($63,000) plus a pro rata share of the accrued interest thereon to Defendant and Crossdefendant Juli Courtney, Post Office Box 2060, Loomis, California, 95650; and

    e. Sixty-three thousand dollars ($63,000) plus a pro rata share of the accrued interest thereon to Defendant and Crossdefendant Steven Thue, 313 Summerfield Court, El Dorado Hills, California, 95762; and

    f. Sixty-three thousand dollars ($63,000) plus a pro rata share of the accrued interest thereon to Defendant and Crossdefendant Lisa Johnston, 1506 Branchowl Place, Santa Rosa, California, 95409.

2. Any charges or surcharges assessed by the Court against the $630,000 Plan Benefit shall be allocated on a pro-rata basis in the ratio of the above distribution.

3. Upon division and final distribution by the Court of the $630,000 Plan Benefit amount plus all accrued interest, the above-entitled action, all causes of action, and all related counter actions by and/or against any and all parties are dismissed with prejudice.

ROSE LAW FIRM, P.C.
2240 EAST BIDWELL ST.
FOLSOM, CA 95630
(916) 983-7840

4. All parties shall bear their own attorneys' fees and costs of suit.

After disbursement this action is dismissed.

DATED: August 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

ROSE LAW FIRM, P.C.
2240 EAST BIDWELL ST.
FOLSOM, CA 95630
(916) 983-7840